468 A.2d 829

Commonwealth v. Isenberg, Appellant.

Argued May 26, 1983. John Woodcock, Public Defender, for appellant; Karen L. Steele, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.